UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONALD DUCOTE | ) | Civil Action |
|     Plaintiff | ) | Case No.: 15-02987 |
| | ) | |
| versus | ) | Section "J" |
| | ) | Judge Barbier |
| BP EXPLORATION & PRODUCTION, INC. | ) | |
| AND BP AMERICA PRODUCTION COMPANY | ) | Magistrate Division "2" |
|     Defendants | ) | Magistrate Judge Wilkinson |

Related to:    12-968 BELO
               in MDL No. 2179

## ORDER

Considering the foregoing Motion to Dismiss Without Prejudice (Rec. Doc. 4):

IT HEREBY IS ORDERED that the above-captioned matter is hereby dismissed, without prejudice.

New Orleans, Louisiana, on this 1st day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

1